# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0463
_____

MARC V. MILLER,

   Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Respondent.

_____

Petition for Writ of Certiorari.

January 22, 2018

PER CURIAM.

   DENIED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marc V. Miller, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.